No. 74–5580. RICKUS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5581. PEREZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5585. LEE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5586. JEMISON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5587. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5589. HARA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5591. FELICIANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5593. BOLLELLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5598. KESHISHIAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5604. HAIRRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5612. FLAKE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5615. HEARD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.